AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Lorenzo Eady, Jr.

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV418-193

Georgia Regional Hospital at Savannah et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated September 17, 2018, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Plaintiff's complaint is Dismissed Without Prejudice. This action stands closed.



September 18, 2018
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03